UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-169(DSD/ESS)

United States of America,

Plaintiff,

v. **ORDER**

Stacy C. Ouellette (1)
Frank L. Ouellette (2),

Defendants.

This matter is before the court upon defendants' request that the court order plaintiff to either release or subordinate the lien that was placed on their home as a result of their conviction. Defendants request the order to ensure that they are able to sell their home and use any net proceeds of a sale towards the outstanding restitution that they owe. The very purpose behind the imposition of the lien, however, is to ensure that restitution is collected. Accordingly, **IT IS HEREBY ORDERED** that defendants' request that the court order the plaintiff to release the lien on defendants' home is denied.

Dated: October 5, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court