UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-169

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| STACY C. OUELLETTE (1) | ) | |
| FRANK L. OUELLETTE (2), | ) | |
| Defendants. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-169

Defendant Name

Ouellette

Remove AUSA

Henry J. Shea

Add AUSA

Michael L. Cheever

Dated: October 6, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Henry J. Shea

BY: HENRY J. SHEA
Assistant U.S. Attorney
Attorney ID Number 165384